IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY JOINER ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:10-cv-0391-TMH |
| ) | WO |
| RICHARD F. ALLEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #4) to the Recommendation of the Magistrate Judge filed on May 20, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #3) entered on May 13, 2010 is adopted;

3. That this case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 2nd day of June, 2010.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE